ACCEPTED
14-14-00568-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/5/2015 10:57:52 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 14-14-00568-CR

| | | |
|---|---|---|
| MARCUS BROOKS, APPELLANT | § § § | IN THE COURT OF APPEALS |
| VS. | § § | 14TH JUDICIAL DISTRICT |
| THE STATE OF TEXAS, APPELLEE | § § | AT HOUSTON, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/5/2015 10:57:52 AM
CHRISTOPHER A. PRINE
Clerk

CASE NO. 1408106

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| MARCUS BROOKS | § | 230TH JUDICIAL DISTRICT |

**APPELLANT'S MOTION FOR LEAVE
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW MARCUS BROOKS, appellant, by and through his attorney of record, KURT B. WENTZ, who files this Appellant's Motion for Leave to File Appellant's Brief and in support thereof would show this Court as follows:

I.

The appellant has been found guilty of injury to a child under the age of 15 and sentenced to 60 years' confinement in the Institutional Division of the Texas Department of Criminal Justice.

II.

On August 5, 2014 the court reporter's record was received by the Court.

The appellant's brief was originally due on or about September 6, 2014.

1

III.

This Court has granted previous requests for an extension of time to file the appellant's brief and recently ruled that the brief is due July 31, 2015.

IV.

The attorney for the appellant was unable to file the appellant's brief on July 31, 2015 because early that morning counsel was involved in an accident causing him to spend several hours at a local emergency and suffering pain throughout the remainder of the day.

The appellant's brief is now complete and being contemporaneously filed with this Motion.

V.

Counsel for the appellant requests that the Court accept the appellant's brief for filing and file the appellant's brief upon approving this motion.

VI.

This motion is not intended for the purposes of delay but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the appellant prays that the Court grant this motion in all things.

Respectfully submitted,

/s/Kurt B. Wentz_____
KURT B. WENTZ
5629 Cypress Creek Parkway, Suite 115
Houston, Texas 77069
Phone: 281/587-0088
e-mail: kbsawentz@yahoo.com
State Bar No. 21179300
ATTORNEY FOR APPELLANT

2

**CERTIFICATE OF SERVICE**

I, Kurt B. Wentz, hereby certify that a true and correct copy of this motion was served on the Assistant District Attorney for Harris County, Texas presently handling this cause on the 5th day of August, 2015.

/s/Kurt B. Wentz_____
KURT B. WENTZ